IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$588,200.00 in U.S. Currency,<br><br>Defendant *in rem.* | NO. 3:25-MC-00054 |

## UNOPPOSED MOTION TO EXTEND
## TIME TO FILE JUDICIAL FORFEITURE ACTION

The United States of America—with consent from Claimant Shao Jie Tan through his attorney Victor Sherman—authorized by 18 U.S.C. § 983(a)(3)(A), moves the Court to extend the time in which the United States is required to file a complaint for civil judicial forfeiture from July 28, 2025, to September 29, 2025, regarding property to which a claim has been filed by the claimant in an administrative forfeiture proceeding with the United States Customs and Border Protection ("CBP"), and in support states:

1.  The seized property in the custody of the CBP is described as $588,200.00 in U.S. Currency ("the property").

2.  On February 10, 2025, CBP/HSI agents seized the property from Shao Jie Tan at the Dallas Love Field Airport.

3.  The CBP has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to interested parties.

4.  Shao Jie Tan filed an administrative claim on April 28, 2025.

**Government's Motion to Extend Deadline to File Judicial Forfeiture Action – Page 1**

5. According to 18 U.S.C. § 983(a)(3), the United States is to file a judicial forfeiture action no later than 90 days after an administrative claim has been filed or return the seized property pending such filing, except that a court may extend the filing period for good cause shown or upon agreement of the parties.

6. Pursuant to 19 U.S.C. §§ 1603–04, the seizing agency transmitted the claim to the United States Attorney's Office to pursue a judicial forfeiture action against the property.

7. Unless the Court extends the judicial filing deadline for good cause or upon agreement of the parties, the 90-day period that began with the claim filed by Shao Jie Tan expires on July 28, 2025.

8. The parties have agreed to extend the time for filing a judicial action to and including September 29, 2025. The United States requests an order of court to extend the time for filing a judicial action to and including September 29, 2025, to allow additional time for the parties to explore an agreed early resolution of this matter.

## Conclusion

Therefore, the United States requests an order to extend the filing period for a judicial forfeiture action as to the seized property, $588,200.00 in U.S. Currency, to and including September 29, 2025.

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY


/s/ *John Penn*_____
JOHN PENN
Assistant United States Attorney
Indiana Bar No. 28722-29
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: john.penn@usdoj.gov


## CERTIFICATE OF CONFERENCE

This is to certify that I have conferred with counsel for Claimant Shao Jie Tan, Victor Sherman, and understand he is not opposed to the relief sought by this motion.

*/s/ John Penn*
John Penn
Assistant United States Attorney

**Government's Motion to Extend Deadline to File Judicial Forfeiture Action – Page 3**